**IT IS SO ORDERED**
*Judge Susan Illston*

Matthew D. Mellen (Bar No. 233350)
Sarah Adelaars (Bar No. 281748)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:   (650) 638-0120
Facsimile:    (650) 638-0125

Attorney for Plaintiffs,
SUSAN PACINI and GARY FERNANDES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN PACINI, an individual; GARY FERNANDES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, as successor in interest to Aurora Loan Services, LLC, a business entity; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:12-CV-4606<br><br>REQUEST FOR TELEPHONIC APPEARANCE AT MOTION TO DISMISS HEARING BEFORE THE HONORABLE SUSAN ILLSTON<br><br>The Hon. Susan Illston<br><br>DATE: March 1, 2013<br>TIME: 9:00 A.M.<br>DEPT: Courtroom 10, 19th Floor |

TO THE HONORABLE COURT, PARTIES, AND ATTORNEYS OF RECORD:

WHEREAS a hearing on Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint has been set for March 1, 2013 at 9:00 a.m. before Honorable Susan Illston;

WHEREAS Plaintiffs are the true owners of properties for which Defendant acts as the servicer under the Deeds of Trust securing Plaintiffs' loans;

WHEREAS on January 17, 2013, the Court continued Defendant Nationstar Mortgage's Motion to Dismiss Plaintiffs' First Amended Complaint until March 1, 2013 to allow for further briefing in the motion;

WHEREAS Plaintiffs' counsel is located in San Mateo, California;

1
2   WHEREAS Plaintiffs believe that given that the case is not yet at issue, a personal
3   appearance should not be required as it would actually be more efficient for Plaintiffs to appear
4   via telephone at the hearing as opposed to in person.
5
6   Dated: February 25, 2013                    Respectfully submitted,
7                                               MELLEN LAW FIRM
8                                      By:     _/s/ Matthew Mellen____
                                                Matthew Mellen, Esq.
9                                               Attorneys for Plaintiffs
                                                SUSAN PACINI
10                                              GARY FERNANDES
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE
*United States District Court – Northern District of California*
*Case Number: 3:12-CV-4606*

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Mateo, California; my business address is Mellen Law Firm, 411 Borel Ave., Suite 230, San Mateo, CA 94402.

On the date below, I served a copy of the foregoing document entitled:

**PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AT MOTION TO DISMISS HEARING**

on the interested parties in said case as follows:
***Served Electronically Via the Court's CM/ECF System:***

*Counsel for Defendant:*
**Thomas Nathaniel Abbott**
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
415-398-3344
415-956-0439 (fax)
tna@severson.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in San Mateo, California on February 25, 2013.

Molly Bell_____                                    */s/ Molly Bell_____*
(Type or Print Name)                                    (Signature of Declarant)