IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN PACINI and GARY FERNANDES,

    Plaintiffs,

v.

NATIONSTAR MORTGAGE, LLC,

    Defendant.

    /

No. C 12-04606 SI

**JUDGMENT**

Plaintiffs' case has been dismissed without leave to amend prejudice for failure to state a claim. Judgment is accordingly entered in favor of defendant and against plaintiffs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 13, 2013

                                                                       SUSAN ILLSTON
United States District Judge